## WATAB PAPER COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 9899.

Circuit Court of Appeals, Eighth Circuit.

Dec. 6, 1933.

R. S. Doyle, of Washington, D. C., for petitioner.

E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review docketed and dismissed without costs to either party in this court, pursuant to stipulation of parties.

---

## TIDE WATER OIL COMPANY, as Owner of THE Motorship VEEDOL, Libelant-Appellant, v. The CITY OF NEW YORK, Respondent-Appellee.

### No. 190.

Circuit Court of Appeals, Second Circuit.

Feb. 19, 1934.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Adrian J. O'Kane, both of New York City, of counsel), for appellant.

Paul Windels, Corp. Counsel, of New York City (P. Fearson Shortridge and John T. Condon, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

---

## WEST SIDE STATE BANK, a Banking Corporation, Appellant, v. Wm. H. MOORE, Jr., Trustee in Bankruptcy of UNITED CLEANERS AND DYERS, Inc., a Corporation, Appellee.

### No. 7338.

Circuit Court of Appeals, Ninth Circuit.

Feb. 16, 1934.

Bicksler, Parke & Catlin and W. G. Danielson, all of Los Angeles, Cal., Louis Ferrari, of San Francisco, Cal., and Edmund Nelson and G. L. Berrey, both of Los Angeles, Cal., for appellant.

Andrew J. Copp, Jr., and Victor H. Harvey, both of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Ordered appeal in this cause dismissed, because the order appealed from is partly in the nature of a proceeding in bankruptcy and no appeal was allowed by this court and because the remaining portion of the order is not final; and cause remanded for further proceedings and without prejudice to the right of the bank to proceed in the lower court to protect its rights.